UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:23-cv-00485-JLB-KCD

HAYLEY MILLER,

    Plaintiff,

vs.

MHM HEALTH
PROFESSIONALS, LLC D/B/A
CENTURION PROFESSIONALS,

    Defendant,
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, MHM HEALTH PROFESSIONALS, LLC

Plaintiff, Hayley Miller files the Return of Service on Defendant, MHM HEALTH PROFESSIONALS, LLC D/B/A CENTURION PROFESSIONALS (served on July 7, 2023).

Dated this 12th day of July 2023.

                                                          s/Brian H. Pollock, Esq.
                                                          Brian H. Pollock, Esq.
                                                          Fla. Bar No. 174742
                                                          brian@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue
                                                          Suite 770
                                                          Coral Gables, FL 33146
                                                          Tel:    305.230.4884
                                                          *Counsel for Plaintiff*