# VERIFIED RETURN OF SERVICE

Job # **MIA10420**

### Client Info:

FairLaw Firm
FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
HAYLEY MILLER
  -versus-
**DEFENDANTS:**
MHM HEALTH PROFESSIONALS, LLC, ET AL

UNITED STATES DISTRICT COURT

Court Case # **2:23-CV-485-JLB-KCD**

### Service Info:

Received by Mikhael Goldgisser: on July, 7th 2023 at **09:06 AM**
**Service:** I Served **MHM HEALTH PROFESSIONALS, LLC, D/B/A CENTURION PROFESSIONALS C/O CT CORPORATION SYSTEM, ITS REGISTERED AGENT**
With: **COMPLAINT, SUMMONS IN A CIVIL ACTION**
by leaving with **Donna Moch, EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Business** 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324
Latitude: **26.105957**,   Longitude: **-80.261410**

On **7/7/2023** at **01:06 PM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

### Served Description:  (Approx)

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **145**, Hair: **Brown** Glasses:  **No**

I **Mikhael Goldgisser** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Mike Goldgr* (signature)

**Mikhael Goldgisser**
Lic #  **1556**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 299-1552

Our Job #  **MIA10420**    Client Ref #  **2:23-CV-485**




1 of 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:23-CV-485-JLB-KCD

HAYLEY MILLER,

    Plaintiff,

vs.

MHM HEALTH PROFESSIONALS, LLC
D/B/A CENTURION PROFESSIONALS,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    MHM Health Professionals, LLC d/b/a Centurion Professionals
        c/o C T CORPORATION SYSTEM, its Registered Agent
        1200 SOUTH PINE ISLAND ROAD
        PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 5, 2023__                              *CLERK OF COURT*

                                                             *Ashleigh Lewis*
                                                     Signature of Clerk or Deputy Clerk