UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                          CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

    Defendants.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

NOTICE IS HEREBY given that Catherine H. Molloy of the law firm of Greenberg Traurig, P.A., is designated as lead counsel for defendant in this matter.

Respectfully submitted,

/s/ Catherine H. Molloy
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Andrea E. Nieto
Florida Bar No. 98039
Email: andrea.nieto@gtlaw.com
GREENBERG TRAURIG, P.A.

>101 E. Kennedy Boulevard, Ste. 1900
>Tampa, Florida 33602
>(813) 318-5700 – Telephone
>(813) 318-5900 – Facsimile
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

>Brian H. Pollock, Esquire
>FAIRLAW FIRM
>135 San Lorenzo Avenue, Suite 770
>Coral Gables, FL  33146
>brian@fairlawattorney.com

>/s/ Catherine H. Molloy
>Attorney