UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                          CASE NO. 2:23-cv-485

MHM HEALTH PROFESSIONALS, LLC
D/B/A CENTURION PROFESSIONALS,

    Defendant.
_____/

## DEFENDANT'S RULE 3.03 DISCLOSURE STATEMENT

Defendant, MHM Health Professionals, LLC ("MHMHP") submits its Rule 3.03 Disclosure Statement and states:

(1)    each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

Plaintiff Hayley Miller

Brian H. Pollock, Esq

FAIRLAW FIRM

MHMHP

Richard C. McCrea, Jr., Esq.

Catherine H. Molloy, Esq.

Andrea E. Nieto, Esq.

Greenberg Traurig, P.A.

MHM Services, Inc.

(2)     each entity with publicly traded shares or debt potentially affected by the outcome;

None.

(3)     each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee; and

Florida Department of Corrections

(4)     each person arguably eligible for restitution.

N/A

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/Catherine H. Molloy
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Andrea E. Nieto
Florida Bar No. 98039
Email: andrea.nieto@gtlaw.com

2

        GREENBERG TRAURIG, P.A.
        101 E. Kennedy Boulevard, Ste. 1900
        Tampa, Florida 33602
        (813) 318-5700 – Telephone
        (813) 318-5900 – Facsimile
        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock
FAIRLAW FIRM
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

        /s/Catherine H. Molloy
        Attorney

3

*ACTIVE 687836655v1*