UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                    CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Andrea E. Nieto, hereby appears as co-counsel for Defendant MHM Health Professionals, LLC. Undersigned counsel respectfully requests that the Plaintiff serve upon her copies of all pleadings and other papers that she files or serves hereafter in this action.

                Respectfully submitted,

                /s/ Andrea E. Nieto
                Richard C. McCrea, Jr.
                Florida Bar No. 351539
                Email: mccrear@gtlaw.com
                Catherine H. Molloy
                Florida Bar No. 33500
                Email: molloyk@gtlaw.com

2

        Andrea E. Nieto
        Florida Bar No. 98039
        Email: andrea.nieto@gtlaw.com
        GREENBERG TRAURIG, P.A.
        101 E. Kennedy Boulevard
        Suite 1900
        Tampa, FL  33602
        (813) 318-5700 – Telephone
        (813) 318-5900 – Facsimile
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

                                          /s/ Andrea E. Nieto
                                               Attorney