UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

      Plaintiff,

v.                            CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

      Defendants.

_____/

## **<u>NOTICE OF APPEARANCE</u>**

     **PLEASE TAKE NOTICE** that the undersigned counsel, Richard C. McCrea,

Jr., hereby appears as co-counsel for Defendant MHM Health Professionals, LLC.

Undersigned counsel respectfully requests that the Plaintiff serve upon him copies

of all pleadings and other papers that she files or serves hereafter in this action.

                        Respectfully submitted,

                        /s/ Richard C. McCrea, Jr.
                        Richard C. McCrea, Jr.
                        Florida Bar No. 351539
                        Email: mccrear@gtlaw.com
                        Catherine H. Molloy
                        Florida Bar No. 33500
                        Email: molloyk@gtlaw.com

Andrea E. Nieto
Florida Bar No. 98039
Email: andrea.nieto@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL  33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

<u>/s/ Richard C. McCrea, Jr.</u>
Attorney