UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                      Case No.:  2:23-cv-485-JLB-KCD

MHM HEALTH PROFESSIONALS, LLC,

    Defendant.

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Plaintiff** | Brian H. Pollock |
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Catherine Molloy |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | September 18, 2023 09:30 AM | **Total Time** | 9:30 AM-9:39 AM 9 minutes |

**Zoom Preliminary Pretrial Conf**

Counsel appears.

Court discussed case management and scheduling deadlines and other issues regarding case management.

Joint Oral motions for extension of time to file Notice of Selection of Mediator by 10/2/2023.
Plaintiff's Oral motion for extension of time to file Designation of Lead Counsel and Notice of Related Action by 9/25/2023.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures

and the District Judge's policies and preferences, all of which are available on the Court's website. Scheduling Order to issue.
9:39 AM – hearing adjourns.