UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

HAYLEY MILLER,

                                CASE NO.: 2:23-cv-00485-JLB-KCD

    Plaintiff,

vs.

MHM HEALTH
PROFESSIONALS, LLC
D/B/A CENTURION
PROFESSIONALS,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiff, Hayley Miller, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm is designated as Plaintiff's lead counsel.

Respectfully submitted this 18th day of September 2023,

                                            Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:   305.230.4884
                                            *Counsel for Plaintiff*