UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT MYERS DIVISION

HAYLEY MILLER,

                                  CASE NO.: 2:23-cv-00485-JLB-KCD

      Plaintiff,

vs.

MHM HEALTH
PROFESSIONALS, LLC
D/B/A CENTURION
PROFESSIONALS,

      Defendant.
_____/

### PLAINTIFF'S NOTICE OF RELATED ACTION

Plaintiff, Hayley Miller, in accordance with Local Rule 1.07(c), certifies that the instant action:

____      IS related to pending or close civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_X_      IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency.

Plaintiff, Hayley Miller, further certifies that Plaintiff will serve a copy of this Notice of Related Action upon each party no later than fourteen days after the appearance of that party.

Respectfully submitted this 18th day of September 2023,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
