UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                    CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff Hayley Miller and Defendant MHM Health Professionals, LLC, pursuant to this Court's September 18, 2023, Case Management and Scheduling Order, give notice that the Parties have selected Carlos Burruezo, as mediator in the above-styled case.

                                              Respectfully submitted,

                                              /s/ Catherine H. Molloy
                                              Richard C. McCrea, Jr.
                                              Florida Bar No. 351539
                                              Email: mccrear@gtlaw.com
                                              Catherine H. Molloy
                                              Florida Bar No. 33500
                                              Email: molloyk@gtlaw.com

2

> GREENBERG TRAURIG, P.A.
> 101 E. Kennedy Boulevard, Ste. 1900
> Tampa, Florida 33602
> (813) 318-5700 – Telephone
> (813) 318-5900 – Facsimile
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

> Brian H. Pollock, Esquire
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, FL  33146
> brian@fairlawattorney.com

>> /s/ Catherine H. Molloy
>> Attorney

2