UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                      CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel, Cayla M. Page, hereby appears as co-counsel for defendant MHM Health Professionals, LLC. Undersigned counsel respectfully requests that the plaintiff serve upon her copies of all pleadings and other papers that she files or serves hereafter in this action.

    Respectfully submitted,

    /s/ Cayla M. Page
    Richard C. McCrea, Jr.
    Florida Bar No. 351539
    Email: mccrear@gtlaw.com
    Catherine H. Molloy
    Florida Bar No. 33500
    Email: molloyk@gtlaw.com
    Cayla M. Page

                                                     Florida Bar No. 1003487
                                                     Email: pagec@gtlaw.com
                                                     GREENBERG TRAURIG, P.A.
                                                     101 E. Kennedy Boulevard, Ste. 1900
                                                     Tampa, Florida 33602
                                                     (813) 318-5700 – Telephone
                                                     (813) 318-5900 – Facsimile
                                                     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

                                           Brian H. Pollock, Esquire
                                               FAIRLAW FIRM
                              135 San Lorenzo Avenue, Suite 770
                                         Coral Gables, FL  33146
                                     brian@fairlawattorney.com

                                                         /s/ Cayla M. Page
                                                                 Attorney