UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-CV-00485-JLB-KCD

HAYLEY MILLER,

    Plaintiff,

vs.

MHM HEALTH
PROFESSIONALS, LLC D/B/A
CENTURION PROFESSIONALS,

    Defendant.
_____/

## NOTICE OF APPEARANCE BY P. BROOKS LAROU, ESQ.

    P. Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Hayley Miller, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY the foregoing document was filed through eFiling on this 5th day of February, 2024 on Richard C. McCrea, Jr., Esq., Catherine H. Molloy, Esq., and Cayla M. Page, Esq., Greenberg Traurig, P.A., 101 E. Kennedy Blvd., Ste. 1900, Tampa, FL 33602, at mccrear@gtlaw.com, molloyk@gtlaw.com, and pagec@gtlaw.com, as *Counsel for Defendants*.

                                        s/ P. Brooks LaRou, Esq.
                                        P. Brooks LaRou, Esq. (1039018)
                                        brooks@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel: (305) 230-4884

*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*