UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiffs,

v.     CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

    Defendants.
_____/

JOINT NOTICE OF AMENDED MEDIATOR
SELECTION AND SCHEDULED MEDIATION

On October 2, 2023, the parties filed their Notice of Selection of Mediator selecting Carlos Burruezo. [Doc. 23]. However, Mr. Burruezo is not available on the dates in which the parties are available to mediate this matter. Accordingly, the parties hereby give notice that they have selected Robyn S. Hankins of the Law Office of Robyn R. Hankins, located at 1217 Merlot Dr., Palm Beach Gardens, FL 33410 to mediate this matter.

The parties have scheduled mediation with Ms. Hankins to occur on September 6, 2024, at 9:00 a.m.

Dated: April 12, 2024

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Ste. 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Brian H. Pollock, Esquire
P. Brooks LaRou, Esquire
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770

2

Coral Gables, FL  33146
brian@fairlawattorney.com
brooks@fairlawattorney.com

/s/ Richard C. McCrea, Jr.
Attorney
