**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

HAYLEY MILLER,

    Plaintiffs,

v.                                           CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC D/B/A CENTURION
PROFESSIONALS,

    Defendants.

_____/

**CORRECTED JOINT NOTICE OF AMENDED MEDIATOR**
**SELECTION AND SCHEDULED MEDIATION**

On October 2, 2023, the parties filed their Notice of Selection of Mediator selecting Carlos Burruezo. [Doc. 23]. However, Mr. Burruezo is not available on the dates in which the parties are available to mediate this matter. Accordingly, the parties hereby give notice that they have selected Robyn S. Hankins of the Law Office of Robyn R. Hankins, located at 1217 Merlot Dr., Palm Beach Gardens, FL 33410 to mediate this matter.

The parties have scheduled mediation with Ms. Hankins to occur on September 6, 2024, at 9:00 a.m.

Dated: April 12, 2024

                Respectfully submitted,

                /s/ Richard C. McCrea, Jr.
                Richard C. McCrea, Jr.
                Florida Bar No. 351539
                Email: mccrear@gtlaw.com
                Catherine H. Molloy
                Florida Bar No. 33500
                Email: molloyk@gtlaw.com
                Cayla M. Page
                Florida Bar No. 1003487
                Email: pagec@gtlaw.com
                GREENBERG TRAURIG, P.A.
                101 E. Kennedy Boulevard, Ste. 1900
                Tampa, Florida 33602
                (813) 318-5700 – Telephone
                (813) 318-5900 – Facsimile
                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

        Brian H. Pollock, Esquire
        P. Brooks LaRou, Esquire
        FAIRLAW FIRM
        135 San Lorenzo Avenue, Suite 770

Coral Gables, FL  33146<br>
brian@fairlawattorney.com<br>
brooks@fairlawattorney.com

                                                  /s/ Richard C. McCrea, Jr.
                                                          Attorney

ACTIVE 697275605v1