UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2-23-cv-00485-JLB-KCD

HAYLEY MILLER,

    Plaintiff,

vs.

MHM HEALTH PROFESSIONALS, LLC.
d/b/a CENTURION PROFESSIONALS,

    Defendant.
_____/

## MEDIATION REPORT

This matter was mediated before the undersigned mediator on September 6th, 2024. The mediation was conducted via Zoom teleconference, and all parties participated. The mediation session resulted in an impasse and did not settle.

Dated: September 9, 2024

                              Respectfully Submitted,

                              *Robyn S. Hankins*
                              Certified Mediator – Florida Supreme Court
                              Florida Bar No. 0008699
                              ROBYN S. HANKINS, P.L.
                              1217 Merlot Dr.
                              Palm Beach Gardens, Fl. 33410
                              Telephone: (561) 721-3890
                              robyn@hankins-law.com
                              scott@hankins-law.com

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:   */s/Robyn Hankins*
      Robyn Hankins