UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY MILLER,

    Plaintiff,

v.                                                          CASE NO. 2:23-CV-485-JLB-KCD

MHM HEALTH PROFESSIONALS,
LLC,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Hayley Miller, and Defendant, MHM Health Professionals, LLC, by and through their undersigned and duly authorized counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal with prejudice of all claims asserted herein, and other matters that were actually or potentially asserted in this action, each party to pay her or its own attorneys' fees and costs.

                        Respectfully submitted,

| | |
|---|---|
| /s/ *Brian H. Pollock* | /s/ *Richard C. McCrea, Jr.* |
| Brian H. Pollock, Esq. (174742) | Richard C. McCrea, Jr. |
| brian@fairlawattorney.com | Florida Bar No. 351539 |

ACTIVE 706444322v1

| | |
|---|---|
| P. Brooks LaRou, Esq. (1039018) | Email: mccrear@gtlaw.com |
| brooks@fairlawattorney.com | Cayla M. Page |
| FAIRLAW FIRM | Florida Bar No. 1003487 |
| 135 San Lorenzo Avenue | Email: pagec@gtlaw.com |
| Suite 770 | GREENBERG TRAURIG, P.A. |
| Coral Gables, FL 33146 | 101 E. Kennedy Boulevard |
| Tel: (305) 230-4884 | Suite 1900 |
| *Counsel for Plaintiff* | Tampa, Florida 33602 |
| | (813) 318-5700 – Telephone |
| | (813) 318-5900 – Facsimile |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

> Brian H. Pollock, Esquire
> P. Brooks LaRou, Esquire
> FAIRLAW FIRM
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, FL  33146
> brian@fairlawattorney.com
> brooks@fairlawattorney.com

                                      */s/ Richard C. McCrea, Jr.*
                                         Attorney

ACTIVE 706444322v1